## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  4:25CR3023 |
| Plaintiff, | |
| vs. | **WAIVER OF PERSONAL** |
| REYES ERNESTO GARCIA-URQUIZO | **APPEARANCE AT ARRAIGNMENT** |
| Defendant. | **AND ORDER** |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)     The defendant affirms receiving a copy of the superseding indictment;

(2)     The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)     The defendant pleads not guilty to all counts of the indictment.

_____
Defendant

3-31-25
_____
Date

_____
Attorney for Defendant

3/31/2025
_____
Date

### ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this ___31st___ day of ___March___, 2025.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT